IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY LEE et al | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-4180 |
| COUNTY OF CHESTER et al | : | |

**O R D E R**

**AND NOW**, this 20th day of March 2025, in light of Plaintiffs' Notice of Voluntary Dismissal of Claims Asserted Against Defendant, Commonwealth of Pennsylvania, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 53), it is **ORDERED** that Defendant, Commonwealth of Pennsylvania's Motion to Dismiss for Failure to State a Claim (ECF No. 32), is **DISMISSED** as moot.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**