IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMILY LEE, JAMIE HOAGLAND, ABBEY HOAGLAND** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-4180 |
| | : | |
| **COUNTY OF CHESTER, CHESTER COUNTY CHILDREN, YOUTH & FAMILIES, COUNTY OF MONROE, MONROE COUNTY OFFICE OF CHILDREN & YOUTH, COATESVILLE AREA SCHOOL DISTRICT, NORTH BRANDYWINE MIDDLE SCHOOL, UPPER DUBLIN SCHOOL DISTRICT, HORACE S. SCOTT MIDDLE SCHOOL, ADELAIDE GRACE, EVE LARGE, DOUG WAEGEL, CATHERINE VAN VOOREN, TOMAS HANNA, KATHRYN LAMOTHE, LAURIE SMITH, STEVEN M YANNI, EUGENIA ROBERTS** | : | |

## ORDER

**AND NOW**, this 30th day of June 2025, noting counsel for Defendant Laurie Smith did not move for relief along with those similarly situated, now noting an agreement to dismiss Ms. Smith not effected by Plaintiffs' counsel (ECF 81, n.1.), it is **ORDERED** Plaintiffs' counsel shall, no later than **August 1, 2025**, either: voluntarily dismiss Ms. Smith or **show cause** in a Memorandum not exceeding seven pages as to why we should not immediately dismiss Ms. Smith and consider an appropriate sanction upon counsel for delaying a rather straightforward issue.

**KEARNEY, J.**