# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMILY LEE, JAMIE HOAGLAND, ABBEY HOAGLAND** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 24-4180** |
| | : | |
| **COUNTY OF CHESTER, CHESTER COUNTY CHILDREN, YOUTH & FAMILIES, COUNTY OF MONROE, MONROE COUNTY OFFICE OF CHILDREN & YOUTH, COATESVILLE AREA SCHOOL DISTRICT, NORTH BRANDYWINE MIDDLE SCHOOL, HORACE S. SCOTT MIDDLE SCHOOL, ADELAIDE GRACE, EVE LARGE, DOUG WAEGEL, CATHERINE VAN VOOREN, TOMAS HANNA, KATHRYN LAMOTHE, EUGENIA ROBERTS** | : | |

## ORDER

**AND NOW**, this 1st day of August 2025, upon considering Plaintiff's Notice of partial voluntary dismissal (ECF 83) responsive to our July 30, 2025 Order (ECF 82), it is **ORDERED** we:

1. **DISMISS** Plaintiffs' claims against the Upper Dublin School District and Steven Yanni without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i);

2. **DISMISS** Plaintiffs' claims against Laurie Smith with prejudice:

3. **DENY** Upper Dublin School District's and Steven Yanni's Motion to dismiss (ECF 70) as moot; and,

4. **AMEND** the caption as above.

**KEARNEY, J.**