IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY LEE, JAMIE HOAGLAND, and ABBEY HOAGLAND, Individually and as Co-Administrators of the Estate of MALINDA HOAGLAND, <br><br>*Plaintiffs,* <br><br> v. <br><br> COUNTY OF CHESTER, et al., <br><br> *Defendants.* | CIVIL ACTION <br><br> NO. 2:24-cv-04180-RBS |

**PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT AS TO FEWER THAN ALL CLAIMS AND PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)**

Pursuant to Federal Rule of Civil Procedure 54(b), Plaintiffs file the instant Motion for Entry of Final Judgment as to Fewer Than All Claims, and in support thereof aver as follows:

1. With this Motion, Plaintiffs ask the Court to direct entry of final judgment as to the claims and parties this Court dismissed with prejudice pursuant to this Court's Order (ECF No. 88) and Memorandum (ECF No. 87) dated August 13, 2025, so as to allow Plaintiffs to pursue an appeal now.[1]

---

[1] This Court dismissed with prejudice all Plaintiffs' claims against defendants, Coatesville Area School District, North Brandywine Middle School, Horace S. Scott Middle School, Catherine Van Vooren, Tomas Hanna, Kathryn Lamothe, Eugenia Roberts, Upper Dublin School District, and Steven Yanni. (ECF No. 88 ¶¶ 1–2). The Court dismissed with prejudice all Plaintiffs' civil rights and municipal liability claims against the Chester County defendants. (*Id.* ¶ 3). The Monroe County defendants never filed any motion to dismiss. Therefore, the only claims remaining in this action are Plaintiffs' claims against the Monroe County defendants and Plaintiffs' state-law negligence claim against the Chester County defendants.

1

2. Certification under Federal Rule of Civil Procedure 54(b) is proper here because the Court's August 13, 2025 Order granting motions to dismiss with prejudice was a final judgment, and there is no just reason for delay. *See* Fed. R. Civ. P. 54(b).

3. Allowing an appeal of the dismissed claims and parties now is the most fair and efficient path forward for all the parties. If an appeal is allowed now, and the appellate court upholds this Court's decision, the status quo remains. If the appellate court reverses this Court, that will allow all parties to then engage in discovery of those claims and, ultimately, all claims will be adjudicated and disposed of, all at once together, far sooner than if this Court were to make the parties wait until the end of the case to pursue appellate relief. An appeal now is in the best interests of the parties and judicial economy.

4. Pursuant to Section IV(B) of Judge Kearney's Policies and Procedures, undersigned counsel previously inquired, in writing, as to all parties' positions regarding this Motion. In response:

- Counsel for defendants, Monroe County and Chester County, both stated, in writing, that they would not oppose this Rule 54(b) Motion if this action is placed in a stay, pending appeal, as to the remaining claims and parties that were not dismissed;[2]

- Counsel for defendants, Upper Dublin School District and Steven Yanni, stated, in writing, that they oppose this Rule 54(b) Motion "but otherwise take no position";

- Counsel for defendants, Coatesville Area School District, North Brandywine Middle School, Horace S. Scott Middle School, Catherine Van Vooren, Tomas

---

[2] Plaintiffs do not consent to any stay at this stage and, should the Court grant Plaintiffs' Rule 54(b) and then consider a stay, Plaintiffs would respectfully request a full and fair opportunity to brief the issue of whether a stay would be appropriate.

Hanna, and Kathryn Lamothe, stated, in writing, that they do not consent to this Motion "and do not take a position at this time."

5. Plaintiffs incorporate by reference the accompanying Memorandum of Law, which explains in further and complete detail why the Court should grant Plaintiffs' Rule 54(b) Motion to allow for an immediate appeal.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter the attached proposed Order granting Plaintiffs' Motion for Entry of Final Judgment as to Fewer Than All Claims and expressly certify, by order, that there is no just reason for delay with respect to the Court's Order and Memorandum dated August 13, 2025 (ECF Nos. 87, 88).

Respectfully submitted,

**BOSWORTH DEANGELO**

BY:  */s/ Thomas E. Bosworth*
THOMAS E. BOSWORTH, ESQUIRE
BOSWORTH DEANGELO, LLC
123 So. Broad Street, Suite 1620
Philadelphia, PA 19109
Tel: (267) 928-4183
Fax: (215) 689-2899
tom@BosworthDeangelo.com

Dated: 8/20/25