**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EMILY LEE, JAMIE HOAGLAND, and       :
ABBEY HOAGLAND, Individually and as  :
Co- Administrators of the ESTATE OF  :
MALINDA HOAGLAND                      :
                             Plaintiff,   :    Docket No. 2:24-cv-04180
    v.                              :
                                      :
COUNTY OF CHESTER, et al.,            :
                                      :
                   Defendants.    :

**DEFENDANTS COUNTY OF CHESTER, EVE LARGE AND DOUG WAEGEL'S
MOTION FOR ENTRY OF PROTECTIVE ORDER
<u>REGARDING CONFIDENTIAL MATERIALS</u>**

Defendants, County of Chester, Eve Large and Doug Waegel ("Chester County Defendants"), by and through their attorneys, MacMain Leinhauser PC, hereby file this Motion for Protective Order pursuant to Fed. R. Civ. P. 26(b)(1) and (c). The grounds of this Motion are more fully set forth in the accompanying Memorandum of Law in Support of this Motion and are incorporated as if fully set forth herein.

WHEREFORE, the Chester County Defendants respectfully request that This Honorable Court enter a protective order limiting discovery and dissemination of certain materials designated by the parties as Confidential under the Pennsylvania Child Protective Services Law 23 Pa. C.S.§6340 and/or the Criminal History Record Information Act, 18 P.S. §9101, *et seq.* A proposed form of Order is attached hereto.

Respectfully submitted,

**MacMAIN LEINHAUSER PC**

Dated: <u>September 1, 2025</u>      By:  <u>*/s/ Stephen G. Rhoads*</u>

David J. MacMain
Stephen G. Rhoads
Matthew T. Strosser
PA ID Nos. 59320 / 47458 / 336410
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, County of Chester,*
*Eve Large and Doug Waegel*

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen G. Rhoads, Esquire, hereby certify that on this 1st day of September, 2025, a copy of the foregoing Motion for Protective Order was served upon the following counsel of record via ECF notification:

Thomas Bosworth, Esq.
Terrance R. DeAngelo, Esq.
Benjamin J. Phelps, Esq.
Bosworth Law, LLC
123 S. Broad Street, Suite 2040
Philadelphia, PA 19109
*Attorney for Plaintiffs*

Joseph J. Santarone, Esq.
Joshua W. Brownlie, Esq.
Marshall Dennehey
2000 Market Street, Suite 2300
Philadelphia, PA 19103
*Attorneys for Upper Dubin School District Defendants*

Gerard J. Geiger, Esq.
Newman Williams, P.C.
712 Monroe Street
P.O. Box 511
Stroudsburg, PA 18360-0511
*Attorney for Monroe County Defendants*

Brian R. Elias, Esq.
Wisler Pearlstine, LLP
Blue Bell Executive Campus
460 Norristown Road, Suite 110
Blue Bell, PA 19422
*Attorney for Coatesville School District Defendants*

**MacMAIN LEINHAUSER PC**

By:     <u>*/s/ Stephen G. Rhoads*    </u>
Stephen G. Rhoads
PA Attorney I.D. No. 47458
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, County of Chester,*
*Eve Large and Doug Waegel*