IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMILY LEE, JAMIE HOAGLAND**, and **ABBEY HOAGLAND**, Individually and as Co-administrators of the **ESTATE OF MALINDA HOAGLAND**,<br><br>                    *Plaintiff,*<br>     v.<br><br>**COUNTY OF CHESTER.**<br><br>                    *Defendants.* | Case No. 2.:24-cv-4180 |

## CERTIFICATE OF SERVICE

I, Thomas E. Bosworth, Esq., certify that Reply in Further Opposition to Tami Miller, Power of Attorney for Rondalyn Smith's Motion for Leave to Intervene was served upon all counsel of record for all parties pursuant to electronic filing/ECF system.

                                                    By:     **BOSWORTH LAW, LLC**

                                                            */s/ Thomas E. Bosworth*
                                                            **THOMAS E. BOSWORTH, ESQ.**
                                                            Bosworth DeAngelo, LLC
                                                            123 S. Broad St., Suite 1620
                                                            Philadelphia, PA 19109
                                                            tom@bosworthdeangelo.com
                                                            *Counsel for Plaintiffs*

Date: 12/16/25

6