# EXHIBIT A



Roni,                                    3-6-22

We need to come up with compromise with gas prices getting so high. While Malinda is still going to school for the rest of the school year, she will come up to you 2 times in a month instead of 3. Once the school year is over, she can go up and stay with you for 2 weeks on and 1 off the first month of the summer. Then we can go back to 1 on and 1 off for the rest of the Summer.

Please give me a call so we can talk about this.
570-369-0798

Rendell

Rondell,
& we both need a space to speak and understand malinda's' situation, I personally cannot feel the comfusion and not understanding what she can & can't do, she's "10" years old, I Love Malinda Jean England with all my heart, I just want her to show her showing safely and happy God bless her. Ame

P000042

1/10/2024

To Malinda, from Mommy,

    I send you this letter to express my love to you and I know you will read this when you find the time. I hope school is getting better and well for you. I know you will do good in your studies. Please for me, study hard. I hope to see you soon.

    I am hoping you enjoyed your Christmas. There are presents here which I am excited to give to you. Gaven also has presents here.

    I love you very much and I can't wait to see you.

                                                           With Mommy's love.

# COATESVILLE AREA SCHOOL DISTRICT

3030 C.G. Zinn Road
Thorndale PA 19372

*"Excellence in Education"*

October 25, 2022

Dear Parent and/or Guardian,

The Coatesville Area School District is committed to supporting the success of **all** students. The district utilizes a comprehensive school improvement framework called MTSS, which stands for Multi-Tiered Systems of Support. MTSS includes RTII (Response to Instruction and Intervention), as well as other school-wide systems that support social-emotional learning and behavior including SWPBIS (School-Wide Positive Behavior Intervention and Supports). You can read more about MTSS here: https://www.pattan.net/Multi-Tiered-System-of-Support/MULTI-TIERED-SYSTEM-OF-SUPPORTS

In Fall, Winter, and Spring, we complete benchmark assessments (or Universal Screeners). Universal screening data is used to inform instruction and intervention. For students that are deemed at risk, additional diagnostic testing may be completed. Diagnostic assessments identify specific skill deficits and facilitate teachers' grouping of students for focused intervention based on the screener results.

This letter is to inform you that your child, _Gavin Gehris_, has been identified as a student in need of Tier 2 supplemental support in reading based on their performance on the assessments noted above. Your child has needs in the area(s) of: _Phonics and Decoding_.

Small group instruction will be provided for your child during the designated MTSS block _5_ times a week for _30_ minutes a session. Instruction will be provided by a trained staff member. Your child's progress will be formally monitored and reviewed frequently to ensure that they are benefitting from the instruction being provided. If a more intensive level of support is needed, you will be notified, and an individualized intervention plan will be developed.

We consider your student's academic achievement in school a top priority. Interventions are designed to improve academic success. I have attached an overview of the various levels/tiers of support available in the district for your reference. If you have any questions about the intervention process or the skills we will be addressing through this intervention, please contact me at **chanudetc@casdschools.org**

Sincerely,
Mrs. Catherine Chanudet

cc: Principal
Dr. Bridgette Miles

*An Equal Opportunity Employer*

# CASD Response to Instruction and Intervention (RTII)

### Tier 1 Defined
### (Sufficient for 80%-100% of students)

- *FOCUS:* All students receiving general education core curriculum
- *SETTING:* General education classrooms
- *INTERVENTIONS:* Evidence-based, comprehensive core instruction aligned to the PA Core Standards; differentiation
- *INTERVENTIONISTS:* Regular education teachers with collaboration from supplemental professional staff (reading specialists, special education teachers, ESL teachers, etc.)
- *ASSESSMENTS:* Universal screening of all students three times per year (fall, winter, spring)

### Tier 2 Defined
### (Needed for some (15%-20%) of students)

- *FOCUS:* Students who are below or well below benchmark based on universal screening data (based on their individual composite score)
- *SETTING:* General education classrooms
- *INTERVENTIONS:* Supplemental core instruction; short-term, evidence-based interventions, delivered to homogeneous skill-based groups (i.e., students with similar needs)
- *INTERVENTIONISTS:* Regular education teachers, specialists, or other supplemental staff
- *ASSESSMENTS:* Frequent progress monitoring (bi-weekly); embedded mastery assessments



### Tier 3 Defined
### (Needed for few (5-10%) students)

- *FOCUS:* Students who are well benchmark based on universal screening data (based on their individual composite score) and have not responded adequately (yielded "above typical" progress over one intervention cycle) to tier 2 instruction/intervention
- *SETTING:* General education classrooms
- *INTERVENTIONS:* Targeted and intensive interventions, delivered to homogenous groups (i.e., students with similar needs) or individually
- *INTERVENTIONISTS:* Regular education teachers, specialists, or other supplemental staff
- *ASSESSMENTS:* More frequent progress monitoring (at minimum bi-weekly PM, increased frequency for students that have been referred to the Problem-Solving Team); embedded mastery assessments





P000047

Happy Hip Hop

Hoping this rain
isn't soaking you out
Sorry bout the bad writing
I remember you lik it this
way

Hope to see you soon!
Love you much,

Mom



Sending a little sunshine your way!

*(Speech bubbles at top: "Does Mom even care?" ← How i feel right now. **Important**. How i will feel if you listen → "Mom does care! She is there for me! Mom realy does love me! I'm overjoyed!")*

Dear Mom, Please dont read outloud and please read how i feel...

I have wrote this letter to you because i feel if i tell you how i feel over the phone that i will start to cry and you wont listen to me. But i still wanted to talk to you about how i need you in my life right now. As you know i have made honor roll in school and since then i have also been student of the week. I have got a 80% or higher on every test and quiz i take. So i have been doing great school wise but my emotions are out of hand. I am upset that you did not believe me when i was telling you that im embarest at school. I also feel very mad at you because you seem to always think Dad and Cindy are rude people and that they talk bad about you. And that is not true one bit! Cindy is helping me get better at math and my reading pluss she also makes sure that i am well fed and is there for me emotionaly. Because since we have last talked on the phone i have been feeling deprest. Dad has also been there for me by taking very well care of me and making me happy again after i cry for you.

I cry over the fact that you will not send body wash or body cream or even some kind of clothes that i can put on. I am 12 years old. Soon to be 13 in four months. My size is 10-12 and soon i will start my monthly girl thing. I am honestly scared and i realy need you to send a gift card or cash so i can buy pads when i need them! PLEASE MOM!

I will think about giving you a call on March 18th on Sunday if you listen to me and how i feel. Once you have read this please call Dad and tell him you got the letter. AND DONT start saying anything rude or mean to Dad or Cindy if she is there because i feel strongly about how you talk to them. Pluss if you do act rude or mean then that will tell me that this letter was a waste of time and you truely dont care about how i feel.

(Malinda)

I hope you will listen to dad and Cindy. With hope and love – Malinda

P000049

~Important~ This letter is about how i feel and about how you can help me in my life right now because i need you mom. It also explains how i am thinking about calling ONLY if you listen.

!Dont Read Outloud! !This is a privit letter!

Deprest →me  Read the whole thing carefully    (sad face) ←sad ←me

P.S. Im sorry for the handwriting and spelling — Malinda

P000050

**Rendell Hoaglend**
L60 Reid rd.
Coanttzille, PA 19320

Dear Mr. Hoaglend

Here, I am reaching to you again about the health and welfare of our daughter, Malinda, as her best interest is entirely in the expression of my love for her. I am continually reaching to her as in her best interest. I reach to you entirely in Malinda's well being concerning her behavior and the depth of this knowledge which presents itself as a troubling observation. The worries of me, Rondalyn Smith. I have met the expectations as were presented before me in the amount which completes a total payment in the fullness which I have given to you, Rendell.

Out of the deepest reach of my love for our daughter, Malinda, I sincerely and tenderly would like to reach out and spend time with her as I am troubled by the distance and lack of a personal reach. I, Malinda's mother, would love for nothing more than to see my daughter in a time of togetherness. Please contact me and we will schedule a time and date in which I will be able to spend quality time with her.

I am overwhelmed with sadness and a troubled heart as time passes and I have not seen Malinda for a great length of time. I am Malindas mother and I truly hope and desire a deeper connection to her as I am concerned and am not seeing her more than once a year. I want to be a greater asset as I tenderly and truthfully am sad as my reaching out to Malinda is my most important topic which trembles upon this area of my life. Please work with me and schedule a time in which will be available.

I have no way to reach Malinda's home. Please talk with me in an availability in which I can connect with our daughter.

Sincerely,
Rondalyn Smith

*Rondalyn Smith*

Rondalyn Smith
1177 sixth st.
Whitehlall, PA 18052
610 403 0161

P000051