## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMILY LEE, JAMIE HOAGLAND, ABBEY HOAGLAND**, as Co-Administrators of the Estate of Malinda Hoagland, :<br>Plaintiffs, :<br>:<br>v. :<br>:<br>**COUNTY OF CHESTER, COUNTY OF MONROE, ADELAIDE GRACE, EVE LARGE, and DOUG WAEGEL** :<br>Defendants. : | Civil Action No. 2:24-cv-04180 |

## **ORDER**

AND NOW, this _____ day of 2025, upon consideration of Non-party Chester County District Attorney's Office's Motion for Reconsideration of the Court's December 17, 2025 Order Granting in Part and Denying in Part, Its Second Motion to Quash Plaintiffs' Subpoena, it is hereby ORDERED that the relief requested therein is GRANTED.

The Court's December 17, 2025 Order is VACATED and/or the subpoena served on the Chester County District Attorney's Office on November 26, 2025 is hereby QUASHED in its entirety. After balancing the respective interests of the Parties, it is FURTHER ORDERED that the request for entry of protective order is hereby GRANTED and discovery of the Chester County District Attorney's Office investigative files pertaining to the prosecution of the criminal capital cases *Commonwealth v. Rendell A. Hoagland*, CP-15-CR-0002704-2024 and *Commonwealth v. Cindy Marie Warren*, CP-15-CR-0002702-2024 is hereby STAYED in its entirety until the conclusion of the criminal trial in the aforementioned criminal capital cases, and/or through the Court's anticipated jurisdiction over this action.

168913790.1

**BY THE COURT:**

_____
MARK A. KEARNEY, J.

168913790.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMILY LEE, JAMIE HOAGLAND,** : <br> **ABBEY HOAGLAND, as Co-** : <br> **Administrators of the Estate of Malinda** : <br> **Hoagland,** : <br>                      **Plaintiffs,** : <br> : <br> **v.** : <br> : <br> **COUNTY OF CHESTER, COUNTY** : <br> **OF MONROE, ADELAIDE GRACE,** : <br> **EVE LARGE, and DOUG WAEGEL** : <br>                     **Defendants.** : <br> : | Civil Action No. 2:24-cv-04180 |

**MOTION OF NON-PARTY CHESTER COUNTY DISTRICT ATTORNEY'S OFFICE'S MOTION FOR RECONSIDERATION OF THE COURT'S DECEMBER 17, 2025 ORDER GRANTING IN PART AND DENYING IN PART CHESTER COUNTY DISTRICT ATTORNEY'S MOTION TO QUASH SUBPOENA**

Non-party Chester County District Attorney's Office ("Movant") moves, pursuant to Fed. R. Civ. P. 54, for reconsideration of the Court's December 17, 2025 Order Granting in Part and Denying in Party its Motion to Quash Plaintiffs' Subpoena, and asks the Court to vacate its Order and/or quash the subpoena in its entirety.

Plaintiffs, Emily Lee, Jamie Hoagland, and Abbey Hoagland as co-administrators of the estate of Malinda Hoagland ("Plaintiffs") issued a subpoena on November 26, 2025, seeking virtually all of Movant's investigative files for the current, active investigation and prosecution of Rendell Hoagland and Cindy Warren. Rendell and Cindy Warren are charged with Malinda's murder. On December 17, 2025 the Court entered an Order that requires Movant, before the capital murder trials of Rendell Hoagland and Cindy Warren, to make available to produce for *in camera* review to a designated Rule 53 Special Master, "the entirety of the video footage and photographs in the investigative files in the District Attorney's Office on or before January 9, 2026…" (ECF

1

127). The Order also contemplates that counsel for the Plaintiffs may both: (1) disclose the Special Master's chart to one disclosed expert; and (2) compel production of materials shown to the Special Master for counsel's own *in camera* by January 26, 2026. (*Id*. at 3)

Movant seeks reconsideration pursuant to Fed. R. Civ. P. 54 , which permits a district court to reconsider interlocutory orders "when it is 'consonant with justice to do so.'" *Coulston v. City of Phila.,* No. 23-4077, 2025 U.S. Dist. LEXIS 188421, at *7 (E.D. Pa. Sep. 24, 2025) quoting *Am. Guarantee & Liab. Ins. Co. v. Fojanini*, 99 F. Supp. 2d 558, 560-61 (E.D. Pa. 2000). It is consonant with justice to reconsider the Court's Order because the impending plan to dismiss defendant, Monroe County from the matter and the Court's subsequent relinquishment of supplemental jurisdiction over this action, changes the "undue burden" analysis in favor of Movant and in favor of vacating the Order and/or quashing the subpoena for Movant's investigative files in its entirety. Further, the subpoena should be quashed in its entirety because CHRIA confidentiality is a basis to quash subpoenas as "other protected matter" under Rule 45(d)(3)(A)(iii). In this highly-sensitive criminal matter the entirety of Movant's investigative files should be protected from disclosure as "other protected matter" under Rule 45(d)(3)(A)(iii), at the very least, until the criminal trials of Rendell Hoagland and Cindy Warren are completed in June of 2026.

Movant further relies upon and incorporates its attached Brief in Support of its Motion for Reconsideration of the Court's December 17, 2025 Order Granting in Part and Denying in Party its Motion to Quash Plaintiffs' Subpoena.

                                                Respectfully submitted,

DATED: December 22, 2025          By:     */s/Michael B. Pullano, Esquire*
                                                     Michael B. Pullano, Esquire
                                                     Michael.Pullano@lewisbrisbois.com
                                                     Alexander D. MacMullan, Esquire
                                                     Alexander.MacMullan@lewisbrisbois.com
                                                     Lewis Brisbois Bisgaard & Smith, LLP

575 E. Swedesford Road, Suite 102
Wayne, PA 19087
Phone: 215-977-4100
Fax: 215-977-4101

*Attorneys for Non-Party*
*Chester County District Attorney's Office*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMILY LEE, JAMIE HOAGLAND, ABBEY HOAGLAND**, as Co-Administrators of the Estate of Malinda Hoagland,<br>        Plaintiffs,<br><br>v.<br><br>**COUNTY OF CHESTER, COUNTY OF MONROE, ADELAIDE GRACE, EVE LARGE, and DOUG WAEGEL**<br>        Defendants. | Civil Action No. 2:24-cv-04180 |

### NON-PARTY CHESTER COUNTY DISTRICT ATTORNEY'S OFFICE'S CERTIFICATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S DECEMBER 17, 2025 ORDER GRANTING IN PART AND DENYING IN PART CHESTER COUNTY DISTRICT ATTORNEY'S MOTION TO QUASH SUBPOENA

I, Alexander D. MacMullan, Esquire, am an attorney representing non-party Chester County District Attorney's Office ("Movant") in this action, and hereby certify the following:

1. On December 22, 2025, I sent an email to all counsel, outlining the basis for Movant's Motion for Reconsideration and seeking their position on the motion.

2. I received a response from Gerald Geiger, Esquire, attorney for defendant, Monroe County, stating that his client concurs with the motion.

3. I received a response from David MacMain, Esquire, attorney for defendant, Chester County, stating that he neither concurs with nor opposes the motion.

4. 'I spoke by telephone with attorney for Plaintiffs, Thomas Bosworth, Esquire, regarding the Motion for Reconsideration. Mr. Bosworth concurs only in the relief requested-that the Court's December 17, 2025 Order is vacated. He reserves the right to oppose any argument contained within the motion.

2

                                                                Respectfully submitted,

DATED: December 22, 2025         By:    <u>*/s/Alexander D. MacMullan, Esquire*</u>
                                                                  Michael B. Pullano, Esquire
                                                                   Michael.Pullano@lewisbrisbois.com
                                                                   Alexander D. MacMullan, Esquire
                                                                   Alexander.MacMullan@lewisbrisbois.com
                                                                   Lewis Brisbois Bisgaard & Smith, LLP
                                                                   575 E. Swedesford Road, Suite 102
                                                                   Wayne, PA 19087
                                                                   Phone: 215-977-4100
                                                                   Fax: 215-977-4101

                                                                   *Attorneys for Non-Party Chester County*
                                                                   *District Attorney's Office*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMILY LEE, JAMIE HOAGLAND,** : <br> **ABBEY HOAGLAND, as Co-** : <br> **Administrators of the Estate of Malinda** : <br> **Hoagland,** : <br>                 Plaintiffs, : <br> : <br> **v.** : <br> : <br> **COUNTY OF CHESTER, COUNTY** : <br> **OF MONROE, ADELAIDE GRACE,** : <br> **EVE LARGE, and DOUG WAEGEL** : <br>                 Defendants. : <br> : | Civil Action No. 2:24-cv-04180 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Non-party Chester County District Attorney's Office's Motion for Reconsideration of the Court's December 17, 2025 Order Granting in Part and Denying in Part its Motion to Quash Plaintiffs' Subpoena, supporting Brief, and proposed Order has been served upon the following counsel of record via ECF notification:

| | | |
|---|---|---|
| Thomas Bosworth, Esq. <br> Terrance R. DeAngelo, Esq. <br> Benjamin J. Phelps, Esq. <br> Isaac Santiago, Esq. <br> Bosworth Law, LLC <br> 123 S. Broad Street, Suite 1620 <br> Philadelphia, PA 19109 <br> *Attorney for Plaintiffs* | David J. MacMain <br> Stephen G. Rhoads <br> MacMain Leinhauser PC <br> 433 W. Market Street, Suite 200 <br> West Chester, PA 19382 <br> *Attorney for Defendants,* <br> *County of Chester,* <br> *Eve Large and Doug Waegel* | Gerard J. Geiger, Esq. <br> Newman Williams, P.C. <br> 712 Monroe Street <br> P.O. Box 511 <br> Stroudsburg, PA 18360-0511 <br> *Attorney for Monroe County* <br> *Defendants* |

DATED: December 22, 2025        By:   */s/Michael B. Pullano, Esquire*
                                                 Michael B. Pullano, Esquire
                                                 Michael.Pullano@lewisbrisbois.com
                                                 Alexander D. MacMullan, Esquire
                                                 Alexander.MacMullan@lewisbrisbois.com
                                                 Lewis Brisbois Bisgaard & Smith, LLP
                                                 575 E. Swedesford Road, Suite 102
                                                 Wayne, PA 19087

2

                                              Phone: 215-977-4100
                                              Fax: 215-977-4101

*Attorneys for Non-Party*
*Chester County District Attorney's Office*