**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMILY LEE, JAMIE HOAGLAND,** | : | **CIVIL ACTION** |
| **ABBEY HOAGLAND, as Co-** | : | |
| **Administrators of the Estate of Malinda** | : | |
| **Hoagland,** | : | |
| | : | |
| **v.** | : | **NO. 24-4180** |
| | : | |
| **COUNTY OF CHESTER, COUNTY** | : | |
| **OF MONROE, ADELAIDE GRACE,** | : | |
| **EVE LARGE, and DOUG WAEGEL** | : | |

## ORDER

**AND NOW**, this 23rd day of December 2025, upon considering non-party Chester County

District Attorney's Office Motion for reconsideration (ECF 129) of our December 16, 2025 Order

(ECF 127), representing Defendant Monroe County concurs with the requested relief, Defendant

Chester County neither concurs nor opposes reconsideration, Plaintiffs concur in vacating the

Order at this stage (and today separately oppose the appointment of a Rule 53 Special Master to

review files and issue a report and recommendation for our review [ECF 130] [as we could with a

Magistrate Judge]), but not finding a change in the facts or law warranting reconsideration other

than non-party Chester County District Attorney's Office references Plaintiffs' "impending plan

to dismiss defendant Monroe County… subsequent relinquishment of supplemental jurisdiction"

which it believes may change the undue burden analysis, but not aware of this "impending" plan

while mindful Monroe County has until January 5, 2026 to stipulate or move under our December

16, 2025 Order, it is **ORDERED** we **DENY** the subpoenaed party's Motion for reconsideration

(ECF 129) as stated but without prejudice to seek relief from the December 16, 2025 Order (ECF

127) by no later than **January 7, 2026** as we will then have a better idea (not just speculation) of

whether an "impending plan" comes to fruition as described in the Chester County District Attorney's Motion (ECF 129, p. 2) or the parties may then propose an alternative to the appointment of a Special Master for review of the photographs and videos given the Plaintiffs' Opposition (ECF 130) to a Special Master making findings of fact subject to our review before production and not to decide legal and factual issues without a report and recommendation for counsels' review with the right to timely object before we issue an Order.

KEARNEY, J.