IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY LEE, JAMIE HOAGLAND, and ABBEY HOAGLAND, Individually and as Co-administrators of the ESTATE OF MALINDA HOAGLAND,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF CHESTER.<br><br>*Defendants*. | Case No. 2.:24-cv-4180 |

## STIPULATION

**AND NOW**, this __29__ day of __December__, 2025, pursuant to Federal Rule of Civil Procedure 41, the following is hereby stipulated and agreed to by Plaintiffs and Defendants, Chester County, Eve Large, Doug Waegel, Monroe County, and Adelaide Grace:

1. All of Plaintiffs' pending claims in this action against Defendants, Monroe County and Adelaide Grace, are **DISMISSED** without prejudice.

2. This voluntary dismissal is not and does not constitute an adjudication or determination on the merits of any of Plaintiffs' claims against any defendant in this action.

3. This voluntary dismissal is without prejudice to Plaintiffs' rights and abilities to timely file or re-file any and all claims against any defendant in state court.

4. This voluntary dismissal is without prejudice to Plaintiffs' rights and abilities to pursue an appeal in the U.S. Court of Appeals for the Third Circuit of this Court's prior dismissal with prejudice of Plaintiffs' dismissed claims against Defendants, Chester County, Eve Large, Doug Waegel, Coatesville Area School District, North Brandywine Middle School, Upper Dublin

School District, Horace S. Scott Middle School, Catherine Van Vooren, Tomas Hanna, Kathryn Lamothe, Steven M. Yanni, and Eugenia Roberts.

5. Each party herein consents to this Court declining to exercise supplemental jurisdiction over the purely state-law claims that will remain pending in this action following execution of this Stipulation.

_____
THOMAS E. BOSWORTH, ESQ.
Bosworth DeAngelo LLC
123 S. Broad St., Suite 1620
Philadelphia, PA 19109
(267) 928-4183
tom@bosworthdeangelo.com
*Counsel for Plaintiffs*

_____
GERARD GEIGER, ESQ.
Newman Williams, P.C.
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, ext. 241
ggeiger@newmanwilliams.com
*Counsel for Defendants, Monroe County and Adelaide Grace*

_____
DAVID MACMAIN, ESQ.
STEPHEN RHOADS, ESQ.
MacMain Leinhauser, P.C.
433 W. Market St., Suite 200
West Chester, PA 19382
(484) 318-7106
dmacmain@macmainlaw.com
srhoads@macmainlaw.com
*Counsel for Defendants, Chester County, Eve Large, and Doug Waegel*

Date: 12/29/25 _____