IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY LEE, JAMIE HOAGLAND, ABBEY HOAGLAND, as Co-Administrators of the Estate of Malinda Hoagland, | : CIVIL ACTION :  :  :  : |
| v. | : NO. 24-4180 : |
| COUNTY OF CHESTER, EVE LARGE, and DOUG WAEGEL | :  : |

# ORDER

AND NOW, this 29th day of December 2025, upon considering Plaintiffs' Notice of partial voluntary dismissal (ECF 132), and for good cause, it is **ORDERED** we:

1. **DISMISS** Plaintiffs' claims against County of Monroe and Adelaide Grace without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. **AMEND** the caption as above.

KEARNEY, J.