IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY LEE, JAMIE HOAGLAND, ABBEY HOAGLAND, as Co-Administrators of the Estate of Malinda Hoagland, | : : : : : | CIVIL ACTION |
| v. | : | NO. 24-4180 |
| COUNTY OF CHESTER, EVE LARGE, and DOUG WAEGEL | : : : | |

## ORDER

AND NOW, this 29th day of December 2025, upon considering today's Order (ECF 133) dismissing the remaining federal question claims upon consent, finding no further basis for supplemental jurisdiction over entirely state law claims against the remaining Defendants consistent with the "impending plan" described by the non-party last week (ECF 129, p 2) incorporated into our December 23, 2025 Order (ECF 131), and for good cause as we no longer must address fact issues which may be intertwined with a substantive due process claim or other federal question as fully detailed in our August 13, 2025 Memorandum and Order (ECF 87, 88), it is **ORDERED** we decline to further exercise supplemental jurisdiction over entirely state law claims between non-diverse parties while the parties continue to engage in discovery requiring we:

1. **DISMISS** all of Plaintiffs' remaining claims against County of Chester, Eve Large, and Doug Waegel without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i);

2. **VACATE** the parties' and subpoenaed non-party's obligations under our December 17, 2025 and December 23, 2025 Orders (ECF 127, 131); and,

3. **DIRECT** the Clerk of Court **close** this case.

_____
KEARNEY, J.