# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMILY LEE, JAMIE HOAGLAND**, and **ABBEY HOAGLAND**, Individually and as Co-administrators of the **ESTATE OF MALINDA HOAGLAND**,<br><br>*Plaintiff*,<br><br>v.<br><br>**COUNTY OF CHESTER.**<br><br>*Defendants*. | Case No. 2.:24-cv-4180 |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Emily Lee, Jamie Hoagland, and Abbey Hoagland, Co-Administrators of the Estate of Malinda Hoagland, appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered by the United States District Court for the Eastern District of Pennsylvania (Hon. Mark A. Kearney) on December 29, 2025 (ECF No. 134).

Pursuant to Federal Rule of Appellate Procedure 3(c)(4), this appeal from the final judgment entered on December 29, 2025, encompasses all prior orders that, for purposes of appeal, merge into the December 29, 2025 appealable order, specifically including, but not limited to, the District Court's Order and Memorandum dated August 13, 2025 (ECF Nos. 87 and 88), which granted the motions to dismiss with prejudice of defendants, Coatesville Area School District, North Brandywine Middle School, Horace S. Scott Middle School, Catherine Van Vooren, Tomas Hanna, Kathryn Lamothe, Eugenia Roberts, Upper Dublin School District, Steven Yanni, and Chester County.

Dated: January 27, 2026.

                                      Respectfully submitted,

                                      */s/ Thomas E. Bosworth*
                                      **THOMAS E. BOSWORTH, ESQ.**
                                      **Bosworth Law, LLC**
                                      123 S. Broad St., Suite 1620
                                      Philadelphia, PA 19109
                                      (267) 928-4183
                                      *Attorney for Plaintiffs*

## **CERTIFCATE OF SERVICE**

Plaintiffs, by and through their undersigned counsel, hereby certify that, on this 27th day of January, 2026, the foregoing Notice of Appeal was served on the district court clerk and all parties of record through the Court's electronic filing system (ECF).

Respectfully submitted,

*/s/ Thomas E. Bosworth*
**THOMAS E. BOSWORTH, ESQ.**
**Bosworth Law, LLC**
123 S. Broad St., Suite 1620
Philadelphia, PA 19109
(267) 928-4183
*Attorney for Plaintiffs*

Date: 1/27/26